UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USA,

        - against -

CARLOS PEGUERO,

                      Defendant(s).
-----------------------------------------------------------x

**ADJOURNMENT ORDER**

06 CR. 1155-02 (NSR)

ROMÁN, D.J.:

The above case is scheduled for Violation of Supervised Release Hearing **on March 25, 2020 at 11:00 am** is adjourned sine die pursuant to Standing Order 20mc163 and until such time as rescheduling of the hearing is permitted.

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

Dated: White Plains, New York
           March 20, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020