UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                              **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-

        06-CR- 1155    ( NSR )

Carlos Peguero

        Defendant(s).
-------------------------------------------------------------------X

Defendant CARLOS PEQUERO hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

__jv__   Initial Appearance Before a Judicial Officer

__jv__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Bail/Detention Hearing

_____   Conference Before a Judicial Officer


/s/ Carlos Peguero                                      /S/Joseph A. Vita
_____                             _____
Defendant's Signature                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Carlos Peguero                                          Joseph A. Vita
_____                             _____
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

6/2/20
_____                             _____
Date                                                    U.S. District Judge/U.S. Magistrate Judge